JS-6



**FILED**
CLERK, U.S. DISTRICT COURT

9/21/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, | Case No.: CV 19-01321-CJC(MAAx) |
| **Plaintiff,** | JUDGMENT |
| v. | |
| CARMEN V. CORTEZ, in her individual capacity and representative capacity as trustee of THE CORTEZ FAMILY LIVING TRUST DATED JULY 10, 1993, MARC GUETTA, and DOES 1-10, | |
| **Defendants.** | |

This matter came before the Court on Plaintiff's unopposed motion for summary judgment.  On September 21, 2020, the Court granted in part Plaintiff's application.  In accordance with the Court's Order, Defendant Marc Guetta is ordered to provide parking, accessible routes, and a sales counter that complies with the Americans with Disabilities Act Accessibility Guidelines.

DATED:      September 21, 2020

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE